Cite as 2020 Ark. 231

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | Opinion Delivered: June 4, 2020 |

**PER CURIAM**

Natasha Murray of White Hall is appointed to the Committee on the Unauthorized Practice of Law for a three-year term to expire on May 31, 2023. The court thanks Ms. Murray for accepting appointment to this important committee.

The court expresses its gratitude to Billy R. Puterbaugh of Fordyce, whose term has expired, for his service to the committee.